**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DIVISION OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KENNETH D. HASBROUCK** | § | **CASE NO. 06-10273-B-7** |
| **THERESA A. HASBROUCK** | § | **(CHAPTER 7)** |
| **DEBTOR** | § | |

## MOTION TO PAY FUNDS INTO THE REGISTRY

**THE UNDERSIGNED TRUSTEE REPORTS:**

☐ The dividend(s) payable to the creditor(s) listed on Exhibit "A", hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

☒ **X** More than ninety (90) days have passed since the final distribution, and thedividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Date: <u>January 20, 2011</u>          Respectfully submitted,

<u>        /S/                        </u>
William C. Romo,
Chapter 7 Trustee
400 N. McColl, Suite E
McAllen, TX 78501
Tel: (956) 686-3707
Fax: (956) 686-3735

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing Motion to Pay Funds Into The Registry by electronic filing to the Debtor, Debtor's Attorney and U. S. Trustee unless not notified by electronic filing, then by first class mail, postage prepaid.

/S/
William C. Romo, Chapter 7 Trustee

## EXHIBIT "A"

PLEASE CHECK ONE:

_____     Small Dividends


____X____     Unclaimed Dividends


| Name and Address | Claim No. | Amount |
|---|---|---|
| Community Reference Laboratory<br>3553 Pheasant Lane<br>Waterloo, IA 50701 | 15 | $2.00 |